UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-1339-CAS(CWx) | Date | April 21, 2014 |
|---|---|---|---|
| Title | *RICHARD P. DAGRES; ET AL. v. COUNTRYWIDE BANK, N.A.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Jessica Tulk |

**Proceedings:** DEFENDANT GREENWICH CAPITAL FINANCIAL PRODUCTS, INC. AND GREENWICH CAPITAL ACCEPTANCE, INC.'S MOTION TO DISMISS THE OPERATIVE COMPLAINT (Filed 03/17/14)[26]

Hearing held and defense counsel is present. No appearance is made by the plaintiffs, nor on plaintiffs' behalf.

On March 17, 2014, defendants Greenwich Capital Acceptance Inc. And Greenwich Capital Financial Products, Inc. filed a motion to dismiss this action. Pursuant to Local Rule 7-9, plaintiff had until March 31, 2014 to file his opposition. Plaintiff has not filed any opposition. The Court deems plaintiff's failure to oppose the motion "consent to granting . . . of the motion." Local Rule 7-12.

Accordingly, the Court hereby GRANTS defendants' motion to dismiss, without prejudice. Plaintiff shall have leave to file an amended complaint no later than May 19, 2014. Failure to do so may result in dismissal of this action with prejudice.

| | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |