UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     'O'

| Case No. | 2:14-cv-01339-CAS(CWx) | Date | July 30, 2014 |
|---|---|---|---|
| Title | RICHARD P. DAGRES V. COUNTRYWIDE BANK, N.A. ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (In chambers:) PLAINTIFF'S REQUEST FOR RECONSIDERATION (dkt. 60, filed July 24, 2014)

  By order dated July 10, 2014, the Court dismissed plaintiff Richard Dagres's Second Amended Complaint.  Dkt. 59.  The Court gave plaintiff leave to file an amended complaint as to certain claims.  On July 24, 2014, plaintiff filed a request for reconsideration of the Court's July 10, 2014 order.  Dkt 60.  Plaintiff states that he believes that the Court "made several manifest errors of law" in dismissing plaintiff's claims.  Although plaintiff may disagree with the Court's order, "[a]n attempt to reargue the case is not grounds for granting a motion for reconsideration."  Kodimer v. Cnty. of San Diego, 2010 WL 2926493 (S.D. Cal. July 22, 2010); see also Am. Ironworks & Erectors, Inc. v. N. Am. Const. Corp., 248 F.3d 892, 899 (9th Cir. 2001).  Plaintiff has not established a "material difference in fact or law," "the emergence of new material facts or a change of law," or "manifest . . . failure to consider material facts," as required to justify reconsideration under Local Rule 7-18.  Accordingly, plaintiff's request for reconsideration is hereby DENIED.  If plaintiff needs additional time to prepare an amended complaint, plaintiff may notify the Court.

  IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |